IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES W. TUTTLE, #58537-019,   ) | |
| ) | |
| Petitioner,   ) | |
| ) | |
| vs.   ) | CIVIL ACTION NO. 2:10cv151-WHA |
| ) | |
| J. A. KELLER, Warden, FPC Maxwell,   ) | (WO) |
| ) | |
| Respondent.   ) | |

## **ORDER**

No objections having been filed to the Recommendation of the Magistrate Judge (Doc. #14), entered on June 18, 2010, it is hereby

ORDERED that the Recommendation is adopted, and this 28 U.S.C. § 2241 petition for habeas corpus relief is DISMISSED without prejudice, for the Petitioner's failure to exhaust administrative remedies in accordance with the procedures established by the Bureau of Prisons.

DONE this 12th day July, 2010.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE